| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:16CR00079-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:17-cr-0144 MCE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| RUSSELL-HALFACRE, Jalin Kaine | Idaho | |

**FILED**
Aug 23, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| The Honorable B. Lynn Winmill | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/07/2017 | TO 02/06/2020 |

**OFFENSE**

Obtaining Controlled Substances by Misrepresentation, Fraud and Deception - 21 U.S.C. §843(a)(3)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Idaho _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    08/22/17
    *Date*

*[signature: B. Lynn Winmill]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*[signature]*
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

August 23, 2017
*Effective Date*

*United States District Judge*