1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   United States of America,              No. 2:17-cr-00144-MCE

12              Plaintiff,

13        v.                                **RELATED CASE ORDER**

14   Jalin Kaine Russell-Halfacre,

15              Defendant.

16   United States of America,              No. 2:17-cr-00145-JAM

17              Plaintiff,

18        v.

19   Breya Emani Helen Green,

20              Defendant.

21

22        The Court has received the Notice of Related Case filed on September 29, 2017.

23        Examination of the above-entitled criminal actions reveals that these actions are

24   related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve

25   many of the same parties and are based on the same or similar claims, the same

26   property transaction or event, similar questions of fact and the same questions of law,

27   and would therefore entail a substantial duplication of labor if heard by different judges.

28
                                          1

1    Accordingly, the assignment of the matters to the same judge is likely to effect a

2  substantial savings of judicial effort and is also likely to be convenient for the parties.

3    The parties should be aware that relating the cases under Local Rule 123 merely

4  has the result that both actions are assigned to the same judge; no consolidation of the

5  actions is effected.  Under the regular practice of this court, related cases are generally

6  assigned to the district judge to whom the first filed action was assigned.

7    IT IS THEREFORE ORDERED that the action denominated 2:17-cr-00145-JAM is

8  reassigned to District Judge Morrison C. England, Jr. for all further proceedings, and any

9  dates currently set in 2:17-cr-00145-JAM are hereby VACATED.  Henceforth, the caption

10  on documents filed in the reassigned case shall be shown as 2:17-cr-00145-MCE.

11    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

12  adjustment in the assignment of cases to compensate for this reassignment.

13    IT IS SO ORDERED.

14  DATED:  October 3, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE